EL PUEBLO, DEMANDANTE Y APELADO, *v.* MARTÍNEZ, ACUSADO Y APELANTE.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 617.—Resuelto en octubre 14, 1913.

NUEVO JUICIO—VEREDICTO CONTRARIO A LA PRUEBA—FALTA DE EXPOSICIÓN DEL CASO.—Careciendo de exposición del caso la transcripción de autos, no puede este tribunal examinar la contención del acusado de que la corte inferior cometió error al denegar la moción de nuevo juicio, fundada en que el veredicto era contrario a la prueba.

Los hechos están expresados en la opinión.

El apelante no compareció.

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto contra sentencia dictada por la Corte de Distrito de Mayagüez condenando al acusado Arsenio Martínez, declarado culpable de un delito de violación, a sufrir la pena de cinco años de presidio con trabajos forzados.

Aparece de la transcripción, que se solicitó la concesión de un nuevo juicio alegándose como motivo para ello, que el veredicto del jurado era contrario a las pruebas, pero como en la transcripción no se han incluído las pruebas practicadas, no tenemos base para discutir la contención del acusado y resolver si, al desestimarla, la corte de distrito cometió o nó algún error fundamental que lleve consigo la revocación de la sentencia apelada.

Y como del examen de los demás documentos que forman el récord de esta apelación, tampoco resulta que se haya cometido error fundamental alguno, procede la confirmación de la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resoción de este caso.